CRIMINAL CASE INFORMATION SHEET

2:24-cr-240-1

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. __X__ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: BLAISE MILLIGAN

Is indictment waived:              ____ Yes     _X_ No

Pretrial Diversion:                ____ Yes     _X_ No

Juvenile proceeding:               ____ Yes     _X_ No

Defendant is:                      _X_ Male     ____ Female

Superseding indictment or information    ____ Yes     _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | ____ is in custody    X   is not in custody |
| Name of Institution: | _____ |
| Custody is on: | ____ this charge    ____ another charge |
| | ____ another conviction |
| | ____ State    ____ Federal |
| Detainer filed: | ____ yes    ____ no |
| Date detainer filed: | _____ |
| Total defendants: | 2 |
| Total counts: | 2 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | BLAISE MILLIGAN |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine, and a quantity of cocaine base (crack). | X |
| 2 | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(C) | Possession with intent to distribute 500 grams or more of cocaine, and a quantity of cocaine base (crack). | X |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: October 30, 2024

*s/ Benjamin C. Dobkin*
BENJAMIN C. DOBKIN
Assistant U.S. Attorney
WV ID No. 13392