IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-240 |
| BLAISE MILLIGAN | |

**JOINT NOTICE REGARDING CRIMINAL HISTORY**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Benjamin C. Dobkin, Assistant United States Attorney for said District, and defendant Blaise Milligan, by his attorney Brian D. Aston, Esq., and submits this Joint Notice to the Court:

1. During the detention hearing held on March 11, 2025, in front of Magistrate Judge Christopher B. Brown, the parties raised the issue of the defendant's failures to appear on March 4, 2020, in Pennsylvania Court of Common Pleas case numbers CP 2187-2016 and CP 61-2019.

2. Counsel for the defendant proffered that Mr. Milligan may have been incarcerated on the date of his court appearance, which would have rendered him incapable of appearing.

3. Based on the lack of clarity in the record, Judge Brown ordered the parties to meet and confer regarding the defendant's criminal history, file a joint notice of their conclusions, and re-convene to complete the detention hearing at a later date.

4. The United States sought clarity on the defendant's custody status during the relevant time frame from representatives at the Pennsylvania Department of Corrections (DOC) and the Fayette County Jail.

5. A representative from the Fayette County Jail confirmed that Mr. Milligan was not held in that facility at any time in 2020. Jail records to that effect are attached hereto as Exhibit 1.

6.  A representative from the DOC confirmed that as of March 4, 2020, Mr. Milligan was on parole and being supervised by the DOC Greensburg Office, and he was living in the Uniontown, PA area. Mr. Milligan had been released from a state correctional institution on August 21, 2018, and his "max" date for his parole was November 23, 2020. DOC has no documentation on file reflecting that Mr. Milligan was ever detained by parole or any other law enforcement agency during his period of supervision. Additionally, DOC records reflect that Mr. Milligan's supervising Parole Agent made face-to-face contact with Mr. Milligan on February 19, 2020, and again on March 6, 2020. DOC staff were aware of Mr. Milligan's pending charges at the time, but the incidents that led to those charges happened prior to that period of supervision.

7.  The parties have conferred with one another, as well as with Officer Meder, regarding the additional information above. The parties are in agreement that Mr. Milligan does not appear to have been in any kind of detention or incarceration on March 4, 2020.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Benjamin C. Dobkin*
BENJAMIN C. DOBKIN
Assistant U.S. Attorney
WV ID No. 13392

*/s/ Brian D. Aston*
BRIAN D. ASTON, ESQ.
Counsel for Blaise Milligan
PA ID No. 73267